UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                           CASE NO: 04-02875-5-ATS
JAMES T. BUIE                                     CHAPTER 13

REPORT OF UNCLAIMED DIVIDENDS

      The undersigned Chapter 13 Trustee, having concluded administration of the estate referenced above, respectfully reports unto the Court,

      1. That checks were issued to the debtor in payment of dividends due in the distribution of the estate, and that one or more of said checks have been returned to the undersigned as unclaimed dividends or have not been negotiated, said checks being as follows:

**NAME AND LAST KNOWN ADDRESS**                 **AMOUNT OF DIVIDEND**

JAMES T. BUIE
100 MERRIMAN DRIVE                                                              $7.00
SELMA, NC 27576

      2. That, if such dividend check(s) were returned as a result of an insufficient or incorrect mailing address or if the checks were not negotiated, the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the debtor, and that all efforts have been unsuccessful;

      **WHEREFORE**, the undersigned Trustee desires to pay to the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: September 02, 2009

                                                                                       */s/ John F. Logan*
                                                                                       John F. Logan
                                                                                       Chapter 13 Trustee